UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

JESSE FEHR,

                 Plaintiff,

    -against-

BROWNING'S FITNESS, INC. AND MARYANN BROWNING,

                 Defendants.

------------------------------------- x

ORDER

16 Civ. 9681 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
       March 9, 2017

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge